Dismissed and Opinion filed August 8, 2002









Dismissed and Opinion filed August 8, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00288-CR

____________

 

THE STATE OF TEXAS, Appellant

 

V.

 

CHRISTOPHER LEE ELLIS, Appellee

 



 

On
Appeal from the County Court

Chambers
County, Texas

Trial
Court Cause No. 20419-01

 



 

M E M O R A N D U M  O P I N I O N

A written request to withdraw the
notice of appeal, personally signed by a representative for the State of Texas,
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered an
opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered
and Opinion filed August 8, 2002.

Panel consists of
Justices Yates, Anderson, and Frost. 

Do not publish ‑
Tex. R. App. P. 47.3(b).